Ninth Circuit denied. *Mr. Alexander C. Shaw* for petitioner. *Mr. John H. Dunbar* for respondents. 

No. 844. UNDERHILL *v.* UNITED STATES. May 4, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Cornelius Hardy* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Mahlon D. Kiefer, F. Cadmus Damrell,* and *W. Marvin Smith* for the United States. 

No. 855. MISSOURI PACIFIC R. Co. *v.* GUILLORY. May 4, 1931. Petition for writ of certiorari to the Court of Civil Appeals, Sixth Supreme Judicial District, of Texas, denied. *Messrs. W. T. Henry* and *Frank W. Wozencraft* for petitioner. *Mr. S. P. Jones* for respondent. 

No. 870. GOOD, RECEIVER, *v.* DERR. May 4, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. William R. Bagley* for petitioner. *Mr. James E. Trask* for respondent. 

No. 898. FREUND ET AL. *v.* JOHNSON, TRUSTEE. May 4, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Meyer Abrams* for petitioners. *Mr. Frank Michels* for respondent. 

No. 828. STACY-VORWERK Co. *v.* BUCK ET AL. May 18, 1931. Petition for writ of certiorari to the Supreme Court